UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDJOURNEY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FANTASTIC LABS SP. Z O. O., WORDLE INC, NICHOLAS SHERIFF, and DOES 1-10,<br><br>    Defendants. | CASE NO. 3:22-CV-06499-AMO<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] JUDGMENT AND PERMANENT INJUNCTION |

On September 13, 2023, the Court GRANTED in part and DENIED in part Plaintiff Midjourney, Inc.'s ("Plaintiff" or "Midjourney") motion for entry of default judgment and permanent injunction against Defendants Wordle, Fantastic Labs, Nicholas Sheriff ("Defendants"). The Court DENIED Plaintiff's request for damages, GRANTED Plaintiff's request for a permanent injunction, and AWARDED Plaintiff $72,972.00 in attorney's fees. Judgment and a permanent injunction shall be entered as follows:

1. **Permanent Injunction**: Commencing as of the date of this Judgment and Permanent Injunction, Defendants, their officers, agents, employees and all persons acting or claiming to act on their behalf are permanently enjoined from: (1) using the MIDJOURNEY mark, or any mark that is substantially similar to the MIDJOURNEY mark in connection with AI software or related goods and services, (2) registering or applying now or in the future for a federal trademark application incorporating the MIDJOURNEY mark, (3) assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

2. **Attorney's Fees**: It is further ORDERED that Midjourney is entitled to an award of its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117, in the amount of $79,972.00.

3. **Enforcement**: This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof. Plaintiff shall retain its right to request additional attorneys' fees and costs in connection with enforcing this Judgment.

Dated: September 21, 2023

                                          ARACELI MARTÍNEZ-OLGUÍN
                                          United States District Judge